UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CAMERON B. MURDOCH,

    Plaintiff,

v.

    Case No.:
    Circuit Court Case No.: 2020CV006882

CITY OF MILWAUKEE, ALFONSO MORALES,
CAPTAIN HEATHER WURTH,
LIEUTENANT MARK WROBLEWSKI,
JOSEPH ZAWIKOWSKI, DONALD KRENZIEN,
and JUSTIN HEARD,

    Defendants.

---

## NOTICE OF REMOVAL

Defendants, the City of Milwaukee, Heather Wurth, Mark Wroblewski, Joseph Zawikowski, Donald Krenzien, and Justin Heard, by Tearman Spencer, City Attorney, by Assistant City Attorney Naomi E. Gehling, pursuant to 28 U.S.C. §1446, hereby remove the above-captioned action from state court to this court, based upon the following grounds:

    1.    The above-captioned action was filed in the Circuit Court for Milwaukee County, State of Wisconsin, Milwaukee County Case No. 2020CV006882, and is now pending in that court. Process, consisting of a summons and complaint, was served upon Defendants on the following dates: the City of Milwaukee and Donald Krenzien on November 30, 2020; joseph Zawikowski on December 1, 2020; Heather Wurth and Justin Heard on December 15, 2020; and Mark Wroblewski on January 18, 2021. Upon information and belief, no service of the summons and complaint has been made upon Alfonso Morales as of February 17, 2021.

    2.    The action is a civil action which includes allegations against Defendants of violations of the United States Constitution for which Plaintiff seeks redress under 42 U.S.C. §1983, and for which this Court has original jurisdiction under 28 U.S.C. §1331.

3. Defendants are entitled to remove the above-captioned action from the state court to this Court pursuant to 28 U.S.C. §1446(a).

4. Copies of all process and pleadings served upon the City of Milwaukee, Heather Wurth, Mark Wroblewski, Joseph Zawikowski, Donald Krenzien, and Justin Heard are attached and filed herewith as Exhibit 1.

5. That the Summons and Complaint for Milwaukee County Case No. 2020CV006882 was served upon Defendants on the following dates: the City of Milwaukee and Donald Krenzien on November 30, 2020; Joseph Zawikowski on December 1, 2020; Heather Wurth and Justin Heard on December 15, 2020; and Mark Wroblewski on January 18, 2021. Upon information and belief, no service of the summons and complaint has been made upon Alfonso Morales as of February 17, 2021. The date of service on Defendant Mark Wroblewski, the latest served defendant, is within 30 days of the makings of this petition.

6. Although all Defendants join in this Notice, they hereby note that all Defendants, consent to the removal as required by 28 U.S.C. §1446(b)(2)(C).

Dated at Milwaukee, Wisconsin this 17th day of February, 2021.

TEARMAN SPENCER
Milwaukee City Attorney

s/Naomi E. Gehling_____
Naomi E. Gehling
Assistant City Attorney
State Bar No. 1061388
Attorneys for Defendants

P.O. ADDRESS
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Phone: (414) 286-2601
Fax: (414) 286-8550
Email: ngehli@milwauke.gov

1032-2020-1687/273384