**TEARMAN SPENCER**
City Attorney

**KIMBERLY R. WALKER**
Special Deputy City Attorney

**ODALO J. OHIKU**
**SCOTT F. BROWN**
**ROBIN A. PEDERSON**
Deputy City Attorneys



SUSAN E. LAPPEN
PATRICIA A. FRICKER
HEIDI WICK SPOERL
GREGG C. HAGOPIAN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
JEREMY R. MCKENZIE
PETER J. BLOCK
JENNY YUAN
ALLISON N. FLANAGAN
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
BENJAMIN J. ROOVERS
ELLENY B. CHRISTOPOULOS
TYRONE M. ST. JUNIOR
HANNAH R. JAHN
JULIE P. WILSON
GREGORY P. KRUSE
KIMBERLY A. PRESCOTT
SHEILA THOBANI
KATRYNA C. RHODES
NICOLE F. LARSEN
JAMES M. CARROLL
WILLIAM G. DAVIDSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
Assistant City Attorneys

Milwaukee City Hall Suite 800   200 East Wells Street   Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601   TDD: 414.286.2025   Fax: 414.286.8550

February 17, 2021

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      Re:   Cameron B. Murdoch v. City of Milwaukee, et al.
              Milwaukee County Circuit Court Case No. 2020-CV-006882
              Eastern District Case No. 21-CV-202

Dear Clerk:

Enclosed please find a 1) Civil Cover Sheet, 2) Notice of Filing of Petition For Removal, and 3) Notice of Removal of Defendants, along with the applicable filing fee. The documents have been e-filed today. Thank you for your attention to the above.

Very truly yours,

*Electronically signed by:*

NAOMI E. GEHLING
Assistant City Attorney

NEG/cdr

Enclosures

c:    Attorney Drew J. De Vinney

1032-2020-1687/273385

