UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAMERON B. MURDOCH,

        Plaintiff,

                              Case No.:  21-CV-0202
                              Circuit Court Case No.: 2020CV006882

v.

CITY OF MILWAUKEE, ALFONSO MORALES,
CAPTAIN HEATHER WURTH,
LIEUTENANT MARK WROBLEWSKI,
JOSEPH ZAWIKOWSKI, DONALD KRENZIEN,
and JUSTIN HEARD,

        Defendants.

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL
_____

PLEASE TAKE NOTICE that Robin A. Pederson, Deputy City Attorney, hereby appears as counsel for the defendants, the City of Milwaukee, Heather Wurth, Mark Wroblewski, Joseph Zawikowski, Donald Krenzien, and Justin Heard and substitutes for Assistant City Attorney Naomi E. Gehling.  Attorney Gehling will no longer be the attorney of record in the above-captioned case, and her name may be removed from the court's efiling distribution list.

Dated at Milwaukee, Wisconsin this 30th day of April, 2021.

TEARMAN SPENCER
City Attorney

s/Naomi E. Gehling
NAOMI E. GEHLING
Assistant City Attorney
State Bar No. 1061388
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
Email: ngehli@milwaukee.gov
*Attorneys for Defendants*
*The City of Milwaukee, Heather Wurth,*
*Mark Wroblewski, Joseph Zawikowski,*
*Donald Krenzien, and Justin Heard*

1032-2020-1687.001/274341