MARTIN LAW OFFICE, S.C.

**Attorneys**

**Kevin R. Martin***
**Michael J. Jassak***
**Anthony J. Skemp***
**Drew J. DeVinney**
**Frankie J. Ovando**

*** Board Certified Civil Trial Lawyer by the National Board of Trial Advocacy**

**7801 S. Howell Avenue, Ste. 102 | Oak Creek, WI 53154**
**Phone: 414-856-2310 | Fax: 414-856-2315**
**www.martin-law-office.com**

March 9, 2023

Magistrate Judge William E. Duffin
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

**Re: Cameron B. Murdoch vs. City of Milwaukee et al**
**Eastern District Case No.: 2:21-cv-00202**

Dear Judge Duffin:

Per the order of the Court, the plaintiff is hereby filing this letter to advise the court as to the status of the settlement. The proposed settlement has been approved by the City of Milwaukee Common Council and was signed by the Mayor of the City of Milwaukee. Once the settlement funds are received into trust, the plaintiff will circulate and file a stipulation of dismissal. The plaintiff does not know when the City of Milwaukee anticipates the settlement funds will be available and therefore requests thirty days to file a stipulation for dismissal.

Sincerely,

**MARTIN LAW OFFICE, S.C.**

*Electronically Signed by Drew J. DeVinney*

Drew J. DeVinney
(414) 856-2670 (direct)
(414) 856-2315 (fax)
drew@martin-law-office.com

DJD:djd
CC: Attorney Anthony Jackson